# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                    Reply to Northern Division Address

May 13, 2003

Jane J. Gerbes
Law Offices of Ileen M. Ticer
200 International Circle, Suite 4100
Hunt Valley, Maryland 21030

                            Re:     Case No. MJG 03-360
Dear Counsel/Party:                 Reed, et al. v. James F. Knott, et al.

        Your Answer to Complaint, Consent to proceed before a U.S. Magistrate Judge and
Disclosure of Affiliations and Financial Interest was received in paper format on 5/13/03.  This
document should have been filed electronically.

        [   ]    The document has been scanned and filed electronically.  The paper copy is being
                returned to you.

        [ X ]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this
Court on electronic filing.  Those policies and procedures are available on the Court's web site:
www.mdd.uscourts.gov.

        If you are not a registered CM/ECF user, you should immediately register.  Registration is
available on-line on the Court's web site.

        Please be advised that any future filings which are not made electronically may be returned
to you.

                            Very truly yours,


                            ___/s/_____
                            Evaleen Gibbons
                            for
                            Felicia C. Cannon, Clerk


cc:     Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov