IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS H. REED, JR. & LORE REED

    Plaintiffs

vs.                                  Civil Action No: 03CV360

JAMES F. KNOTT REALTY GROUP, et al.:

    Defendants

**********
GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

James F. Knott Development Co.
Name of Party

_____
Signature of Party or Counsel

5/9/03
Date

Yellow Brick Road Limited Partnership
Name of Party

_____
Signature of Party or Counsel

5/9/03
Date

James F. Knott Realty Group
Name of Party

_____
Signature of Party or Counsel

5/9/03
Date

James F. Knott Property Management Co.
Name of Party

_____
Signature of Party or Counsel

5/9/03
Date

## ORDER OF REFERENCE

     IT IS HEREBY ORDERED this _____ day of _____, 2003, that the above-captioned matter be referred to United States Magistrate Judge _____ for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

                                                                   _____
                                                                   United States District Judge

U.S. District Court (Rev. 2/20/2002)