UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

November 14, 2003

John Richard Oare, Esquire
1434 South George Street
York, Pennsylvania   17403

Jane Jensen Gerbes, Esquire
Law Office of Ileen M. Ticer
200 International Circle, Suite 4100
Hunt Valley, Maryland   21030

Subject: *Thomas H. Reed, Jr., et al. v. James F. Knott Realty Group, et al.*
Civil Action No. JKB-03-360

Dear Counsel:

Please note that the pretrial conference in this case has been rescheduled from Thursday, January 15, 2004, to **3:00 p.m. on Wednesday, January 14, 2004.** As stated in the June 11, 2003, scheduling order, the pretrial conference will be held in a courtroom to be designated that week.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
Attachments:  as described
cc:  Court File
       Chambers File