UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

December 8, 2003

John Richard Oare, Esquire
1434 South George Street
York, Pennsylvania 17403

Jane Jensen Gerbes, Esquire
Law Office of Ileen M. Ticer
200 International Circle, Suite 4100
Hunt Valley, Maryland 21030

Subject: *Thomas H. Reed, Jr., et al. v. James F. Knott Realty Group, et al.*
Civil Action No. JKB-03-360

Dear Counsel:

Staffing requirements in my chambers require the following alteration to the schedule in this case:

| | |
|---|---|
| December 31, 2003 - 5:00 p.m. | Deadline for submitting pretrial order, proposed voir dire, proposed jury instructions, and proposed special verdict forms (Consult Local Rules -- these are to be <u>JOINT SUBMISSIONS</u> to the extent possible) |
| January 7, 2004 - 4:00 p.m. | Pretrial conference in court (counsel only) -- obtain courtroom number from chambers earlier that day |

The schedule is otherwise unchanged. Although informal, this letter constitutes an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Beth P. Gesner
    Chambers file

Letter to Counsel - *Reed v Knott*
Page 2
June 11, 2003

    Court file